IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEVIN BROWN,**

**Plaintiff,**

**v.**

**ROBERT HERTZ and**
**JOSEPH GULASH,**

**Defendants.**                                                  **No. 03-CV-566-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff's Stipulation of Dismissal With Prejudice as to Defendants Robert Hertz and Joseph Gulash. (Doc. 28). Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)**, a plaintiff may dismiss an action without order of the Court "by filing a stipulation signed by all parties who have appeared in the action." Plaintiff has filed such a stipulation and Defendants' counsel has signed it. (Doc. 28.) Accordingly, Plaintiff's action is **DISMISSED with prejudice**, each party to bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Signed this 20th day of June, 2006.

/s/        David RHerndon
**United States District Judge**