IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEVIN BROWN,**

    **Plaintiff,**

    vs.                                  Cause No. 03-CV-566 DRH

**ROBERT HERTZ and
JOSEPH GULASH,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear his or its own costs.------------------------------------------------------------------------

                                              **NORBERT G. JAWORSKI, CLERK**

June 22, 2006                          By:   s/Patricia Brown
                                                        Deputy Clerk

APPROVED:/s/   David   RHerndon
                    **U.S. DISTRICT JUDGE**